VERNON NICHOLSON *v.* LOUIS KRECZMER ET AL.

[No. 54, April Term, 1940.]

*Decided May 23rd, 1940.*

The cause was argued before BOND, C. J., OFFUTT, PARKE, SLOAN, MITCHELL, SHEHAN, JOHNSON, and DELA-PLAINE, JJ.

*F. Gray Goudy* and *Joel J. Hochman,* for the appellant.

*James J. Lindsay* and *Charles D. Harris,* for the appellees.

BOND, C. J., delivered the opinion of the Court.